## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY GAULDEN** | **CIVIL ACTION** |
| | CASE NO: 16-CV-13875 |
| **VERSUS** | SECTION: L    DIVISION: (2) |
| | JUDGE ELDON FALLON |
| **LONE STAR INDUSTRIES INC., d/b/a BUZZI UNICEM USA, INC., ET AL.** | MAGIS. JUDGE JOSEPH C. WILKINSON, JR. |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW COMES** plaintiff, Larry Gaulden, who supplements and amends his original Petition for Damages as follows:

### I.

By substituting the following paragraph for Paragraph I of the original Petition.

### I.

Made defendants are:

1.　Lone Star Industries, Inc., d/b/a Buzzi Unicem USA, ("Buzzi"), a foreign corporation organized and existing under the laws of a state other than the State of Louisiana;

2.　Buzzi Unicem USA, Inc., a foreign corporation organized and existing under the laws of a state other than the State of Louisiana;

3.　Midwest Material Industries Inc. ("Midwest"), a foreign corporation organized and existing under the laws of a state other than the State of Louisiana;

4.  RC Lonestar Inc. ("Lonestar"), a foreign corporation organized and existing under the laws of a state other than the State of Louisiana; and

5.  National Union Fire Insurance Company of Pittsburgh, Pa. ("National"), a foreign insurance corporation organized and existing under the laws of a state other than the State of Louisiana.

6.  Arch Insurance Company ("Arch"), a foreign insurance corporation organized and existing under the laws of a state other than the State of Louisiana.

## II.

By substituting the following paragraph for Paragraph II of the original Petition.

## II.

On or about July 24, 2015, petitioner was at work driving his cab truck with attached cargo trailer and he was hauling dry bulk concrete. During the morning of July 24, 2016 petitioner drove his truck/trailer to the Buzzi Plant located at 14900 Intracoastal Drive in New Orleans, Louisiana. Petitioner was at the Buzzi Plant to have dry bulk concrete loaded in the trailer for delivery to a location off the Buzzi property.

## III.

By substituting the following paragraph for Paragraph V of the original Petition.

## V.

At all times material hereto, defendant, Lone Star Industries, Inc., d/b/a Buzzi Unicem USA, was the owner and/or operator of the property located at 14900 Intracoastal Drive in New Orleans, Louisiana, including the rubber hose which caused the injuries to plaintiff.

In the alternative, defendants, Buzzi, Midwest, and Lonestar, were the owners and/or operators of the property located at 14900 Intracoastal Drive in New Orleans, Louisiana, including the rubber hose which caused the injuries to plaintiff.

**IV.**

By substituting the following paragraph for Paragraph IX of the original Petition.

IX.

Petitioner alleges on information and belief that at all times material hereto, the defendants were covered under policy of liability insurance in full force and effect issued by defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National"). National, is, therefore, a proper party defendant herein under the Louisiana Direct Action Statute, La.R.S. 22:1269.

In addition, Petitioner alleges on information and belief that at all times material hereto, the defendants were covered under policy of liability insurance in full force and effect issued by defendant, Arch Insurance Company ("Arch"). Arch, is, therefore, a proper party defendant herein under the Louisiana Direct Action Statute, La.R.S. 22:1269.

**V.**

Petitioner supplements and amends the Prayer as follows:

**WHEREFORE**, petitioner prays that the defendants be duly cited to appear and answer this Petition, and that after due proceedings and legal delays, there be judgment herein in favor of petitioner, Larry Gaulden, and against defendants, Lone Star Industries, Inc., d/b/a Buzzi Unicem USA, Buzzi Unicem USA, Inc., Midwest Material Industries Inc., RC Lonestar Inc., National Union Fire Insurance Company of Pittsburgh, Pa., and Arch Insurance Company, jointly, severally and _in solido_, in favor of petitioner as detailed in the foregoing Petition in an amount reasonable in the

premises, together with legal interest from the date of judicial demand, all costs of these proceedings and for all general and equitable relief.

                **GARNER & MUNOZ**
                **1010 COMMON STREET, SUITE 3000**
                **NEW ORLEANS, LOUISIANA 70112**
                **TELEPHONE:  (504) 212-4163**
                **E-MAIL:  trichar994@aol.com**

                _____
                **T. RANDOLPH RICHARDSON (T.A.)**
                **BAR NO. 11245**
                **JOHN G. MUNOZ**
                **BAR NO. 9830**
                **ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE:**

1.    **ARCH INSURANCE COMPANY**

       **THROUGH ITS AGENT:**
       LOUISIANA SECRETARY OF STATE
       8585 ARCHIVES AVE.
       BATON ROUGE, LA 70809