UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY GAULDEN | CIVIL ACTION NO.: 2:16-cv-13875 |
| VERSUS | SECTION: L   DIVISON: (2) |
| BUZZI UNICEM USA, INC., <br> MIDWEST MATERIAL INDUSTRIES, INC., <br> RC LONESTAR, INC. AND <br> AMERICAN INTERNATIONAL GROUP, <br> INC. | JUDGE ELDON E. FALLON <br><br> MAG. JUDGE <br> JOSEPH C. WILKINSON, JR. |

### JOINT MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Larry Gaulden, and Defendants, Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Buzzi Unicem USA, Inc., Midwest Material Industries Inc., RC Lonestar Inc., National Union Fire Insurance Company of Pittsburgh, PA and American International Group, Inc., who respectfully move for an Order dismissing all claims of Intervenor, Arch Insurance Company, for those reasons set forth in the Memorandum in Support of Joint Motion for Summary Judgment filed herein.

        Respectfully submitted,

        SALLEY, HITE, MERCER & RESOR, LLC

        */s/David M. Flotte*
        DAVID M. FLOTTE (#1364)
        KEVIN M. FREY (#35133)
        365 Canal Street, Suite 1710
        New Orleans, LA 70130
        Tel.:   (504) 566-8800
        Fax:   (504) 566-8828
        dflotte@shmrlaw.com
        kfrey@shmrlaw.com

        *Attorneys for Defendants, Lone Star*
        *Industries, Inc., Buzzi Unicem USA, Inc.,*
        *Midwest Material Industries Inc., RC*
        *Lonestar Inc., National Union Fire*

- 2 -

*Insurance Company of Pittsburgh, PA, and American International Group, Inc.*

and

GARNER & MUNOZ

*/s/ T. RANDOLPH RICHARDSON*
T. RANDOLPH RICHARDSON (#11245)
JOHN G. MUNOZ (#9830)
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax:   (504) 581-7083
trichar994@aol.com
jgm1552@aol.com

*Attorneys for Plaintiff, Larry Gaulden*

## CERTIFICATE OF SERVICE

    We hereby certify that on June 20, 2017, We electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

    */s/David M. Flotte*
    David M. Flotte